

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-82,488-01

### IN RE AVERY COOKE, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. W94-44261-A; W94-61035-A; W94-61036-A; W94-61037-A; W94-61038-A
### IN THE 282ND DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed applications for writs of habeas corpus in the 282nd District Court of Dallas County, that more than 180 days have elapsed, and that the applications have not yet been forwarded to this Court. Relator contends that the district court entered orders designating issues in 2011.

Respondent, the Judge of the 282nd District Court of Dallas County, shall file a response with this Court by having the District Clerk submit the record on such habeas corpus applications. In the alternative, Respondent may resolve the issues set out in the orders designating issues and then have

the District Clerk submit the record on such applications.  In either case, Respondent's answer shall be submitted within 30 days of the date of this order.  This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted his response.

Filed: December 17, 2014
Do not publish